```
1  RICHARD J. IDELL, ESQ., #069033
   ORY SANDEL, ESQ., #233204
2  ELIZABETH J. REST, ESQ., #244756
3  IDELL & SEITEL LLP
   The Merchants Exchange Building
4  465 California Street, Suite 300
   San Francisco, CA 94104
5  Telephone: (415) 986-2400
6  Facsimile: (415) 392-9259
```

RECEIVED
2007 JUN 11 PM 4:17
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA S.J.

IT IS SO ORDERED
/s/ James Ware
Judge James Ware

Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC.,
a California corporation doing business as NEW IMAGE AUDIO
& VIDEO, CENTURY HOME ENTERTAINMENT and
TAI SENG ENTERTAINMENT

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT,<br><br>              Plaintiff,<br>    v.<br><br>SUNLIGHT MUSIC (USA), a business entity form unknown, SUNLIGHT MUSIC (USA) INC., a California corporation, CHINATOWN MUSIC & BOOKS, a business entity form unknown, CHINATOWN MUSIC & BOOKS, INC., a California corporation, KINMEI TRADING CO., a business entity form unknown, XIA ZHONG JIAN, individually and doing business as KINMEI TRADING CO., and DOES 1-200 inclusive,<br><br>              Defendants. | Case No.: C 06 7357 JW RS<br><br>**APPLICATION AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND AFFIDAVIT OF ELIZABETH J. REST IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION; [PROPOSED] ORDER** /s/ James Ware<br><br>No Hearing Required<br><br>Honorable Judge James Ware presiding |

25  //
26  //
27  //
28  //

1

## APPLICATION AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND AFFIDAVIT OF ELIZABETH J. REST IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION

Plaintiff U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT ("Plaintiff"), through their attorney, Elizabeth J. Rest of Idell & Seitel LLP, hereby submits the following Application and Request for Issuance of Writ of Execution:

I, Elizabeth J. Rest, do state as follows under the penalty of perjury:

1. I am an attorney at law licensed to practice before all of the courts of the State of California and attorney for the Plaintiff U2 HOME ENTERTAINMENT, INC., a California corporation, doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT (FORMERLY TAI SENG VIDEO MARKETING) (hereinafter collectively referred to as "Plaintiff").

2. I am familiar with all of the records and files in this action and the investigation and underlying facts supporting the requested Issuance of Writ of Execution.

3. All of the matters set forth herein are stated of my own personal knowledge or based on my review of the files and records in this action, and if sworn as a witness I could testify competently to the matters set forth herein.

4. Judgment and Permanent Injunction was entered on May 4, 2007, in favor of Plaintiffs and against Defendants SUNLIGHT MUSIC (USA), a business entity form unknown, SUNLIGHT MUSIC (USA) INC., a California corporation, CHINATOWN MUSIC & BOOKS, a business entity form unknown, and CHINATOWN MUSIC & BOOKS, INC., a California corporation, jointly and severally. A true and correct copy of the Judgment is attached hereto as Exhibit "A".

5. The Judgment amount is $171,719.50.

6. Plaintiff Judgment Creditor's current address is 180 South Spruce Avenue, South San Francisco, CA 94080.

7. On information and belief, Defendants, the Judgment Debtors, current addresses are 837 N. Spring Street, #308, Los Angeles, CA 90012 and 675 Jackson Street, San Francisco, CA 94104.

2

APPLICATION AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND AFFIDAVIT OF ELIZABETH J REST IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION; [PROPOSED] ORDER

8. No payments have been made on account of said Judgment. There is remaining due on said Judgment the sum of $171,719.50, plus $219.00 accrued costs (see Bill of Costs filed herewith), plus interest accruing at the rate of ten percent (10% per annum) from May 4, 2007, the date of entry of the Judgment, to June 5, 2007, in the amount of $1,505.49, for a total of $173,443.99. Interest continues to accrue after June 5, 2007, at $47.05 per day.

9. Plaintiff prays that a Writ of Execution, submitted herewith, and Order issue in favor of Plaintiff U2 HOME ENTERTAINMENT, INC., a California corporation, doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT (FORMERLY TAI SENG VIDEO MARKETING) and against Defendants SUNLIGHT MUSIC (USA), a business entity form unknown, SUNLIGHT MUSIC (USA) INC., a California corporation, CHINATOWN MUSIC & BOOKS, a business entity form unknown, and CHINATOWN MUSIC & BOOKS, INC., a California corporation.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct. Executed this 8th day of June, 2007, in San Francisco, California.

_____
ELIZABETH J. REST

## [PROPOSED] ORDER

Upon reading the foregoing application, and GOOD CAUSE APPEARING THEREFOR, the Court orders that the Clerk issue a Writ of Execution in the amount of $ **$171,719.50**, plus interest at $47.05 per day, from the day of Judgment (May 4, 2007), collectible and payable in the matter requested by Plaintif.

**IT IS SO ORDERED.**

Date: _____August 22__, 2007      _____
                                     Honorable District Court Judge James Ware

3

APPLICATION AND REQUEST FOR ISSUANCE OF WRIT OF EXECUTION AND AFFIDAVIT OF ELIZABETH J. REST IN SUPPORT OF REQUEST FOR ISSUANCE OF WRIT OF EXECUTION; [PROPOSED] ORDER

Case 5:06-cv-07357-JW   Document 61   Filed 08/22/07   Page 4 of 6

Case 5:06-cv-07357-JW   Document 61   Filed 08/22/07   Page 4 of 6

Exhibit "A"

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| U2 Home Entertainment, Inc., et al., | NO. C 06-07357 JW |
| Plaintiffs, | **JUDGMENT AND PERMANENT INJUNCTION** |
| v. | |
| Sunlight Music, et al., | |
| Defendants. | |

Pursuant to the Court's May 4, 2007 Order Granting Plaintiffs' Motion for Entry of Default Judgment, judgment is entered in favor of Plaintiffs U2 Home Entertainment, Inc. doing business as New Image Audio & Video, Century Home Entertainment, Tai Seng Entertainment, against Defendants Sunlight Music (USA), Sunlight Music (USA), Inc., Chinatown Music & Books, and Chinatown Music & Books, Inc.

Judgment is entered in the amount of $171,719.50 which represents $150,000 for damages, and $21,719.50 for attorney fees and costs. The Clerk shall release the $2500 bond submitted by Plaintiffs.

Defendants are enjoined as follows:

Defendants Sunlight Music (USA), Sunlight Music (USA), Inc., Chinatown Music & Books, and Chinatown Music & Books, Inc. are permanently enjoined from any acts which would constitute direct or contributory infringement of Plaintiffs' copyrighted programs.

Dated: May 4, 2007

JAMES WARE
United States District Judge

THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:

Elizabeth Juliana Rest elizabeth.rest@idellseitel.com
Richard J. Idell richard.idell@idellseitel.com

Dated: May 4, 2007                    Richard W. Wieking, Clerk

                                      By:   /s/ JW Chambers
                                            Elizabeth Garcia
                                            Courtroom Deputy