RICHARD J. IDELL, ESQ., #069033
ORY SANDEL, ESQ., #233204
ELIZABETH J. REST, ESQ., #244756
IDELL & SEITEL LLP
The Merchants Exchange Building
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

RECEIVED
2007 JUN 11 PM 4:18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO DIST OF CA S J



IT IS SO ORDERED
Judge James Ware

Attorneys for Plaintiff U2 HOME ENTERTAINMENT, INC., a California corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT,<br><br>Plaintiff,<br>v.<br><br>SUNLIGHT MUSIC (USA), a business entity form unknown, SUNLIGHT MUSIC (USA) INC., a California corporation, CHINATOWN MUSIC & BOOKS, a business entity form unknown, CHINATOWN MUSIC & BOOKS, INC., a California corporation, KINMEI TRADING CO., a business entity form unknown, XIA ZHONG JIAN, individually and doing business as KINMEI TRADING CO., and DOES 1-200 inclusive,<br><br>Defendants. | Case No.: C 06 7357 JW RS<br><br>**REQUEST AND [PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER**<br><br>[Rule 4(c), Fed. R. Civ. Pro.; Northern District Local Rules 4-1 and 4-2]<br><br>**No Hearing Required**<br><br>**Honorable Judge James Ware presiding** |

Plaintiff U2 HOME ENTERTAINMENT, INC., a California Corporation doing business as NEW IMAGE AUDIO & VIDEO, CENTURY HOME ENTERTAINMENT and TAI SENG ENTERTAINMENT ("Plaintiff"), pursuant to the provisions of Rule 4 (c) of the Federal Rules of Civil Procedure and Rules 4-1 and 4-2 of the Local Rules of the United States District Court for the

1 | Northern District of California, request that All-N-One Legal Support, 1545 Wilshire Boulevard, Suite
2 | 715, Los Angeles, CA 90017, who is at least 18 years of age, of suitable discretion and not a party to
3 | the within action, be authorized and appointed to serve the writs in the above case. The U.S. Marshals
4 | Office will remain the Levying Officer.

**IT IS SO ORDERED.**

Date: _____ August 22, 2007

_____
Honorable District Court Judge James Ware

RESPECTFULLY SUBMITTED BY:

Dated: June 8, 2007

IDELL & SEITEL LLP

_____
Richard J. Idell
Ory Sandel
Elizabeth J. Rest
Attorneys for Plaintiff
U2 HOME ENTERTAINMENT, INC., a California
corporation doing business as NEW IMAGE AUDIO &
VIDEO, CENTURY HOME ENTERTAINMENT and
TAI SENG ENTERTAINMENT

2

REQUEST AND [PROPOSED] ORDER FOR SERVICE OF PROCESS BY REGISTERED PROCESS SERVER